# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

Jasper Frazier
(Enter above the full name of the Plaintiff in this action)

**APPLICATION TO PROCEED
IN FORMA PAUPERIS**

- vs -

Civil Action No. _____
(To be supplied by the Clerk of the Court)

Commissioner Kuhn Esq et Al.
Individual and in their
Official Capacities
Defendants

(Enter above full name of the Defendant(s) in this action)

I, Jasper Frazier , declare that I am the (check appropriate box)

Petitioner / Plaintiff / Movant /     Other: _____

in the above entitled proceeding; that in support of my request to proceed without being required to prepay fees, costs, or give security thereof, I state that because of my poverty, I am unable to prepay the costs of said proceeding or give security thereof, and that I believe I am entitled to relief.  The nature of my action, defense, or other proceeding of the issues I intend to present are briefly stated as follows:

Breach of Contract by Jpay; Jpay-defendants in concert with each by not inform Plaintiff and his family when he filed complaints and 42 USC 1983 on defendants they allow Plaintiff emails and family be read by inmates as retaliation - N.J. Consumer Fraud Act...

*Application to Proceed In Forma Pauperis*                                    Page Two

In support of this application, I answer the following questions under the penalty of perjury:

1.   Are you currently incarcerated?                    (X) Yes       (  ) No.

     If "yes," list dates and places of confinement for the six-month period immediately preceding
the filing of this application.

Dates of Confinement                    Places of Confinement

June 2022 to Nov.2022        northern State Prison

November 2022 to             East Jersey State Prison
Present moment

     For each institution in which you have been confined for the preceding six months, you must
submit a certified copy of your prison account statement and an Account Certification Form (use
attached *Account Certification Form*).

2.   Are you employed at your current institution?         (  ) Yes       (X) No.

     Do you receive any payment or money from your current Institution (X) Yes       (  ) No.

     If "Yes," state how much you receive each month:   $ 30.00  .

3.   In the past 12 months, have you received any money from any of the following sources?

     a.   Business, profession, or other self-employment:      (  ) Yes      (X) No.
     b.   Rent payments, interest, or dividends:               (  ) Yes      (X) No.
     c.   Pensions, annuities, or life insurance payments:     (  ) Yes      (X) No.
     d.   Disability or workers compensation payments:         (  ) Yes      (X) No.
     e.   Gifts or inheritances:                               (  ) Yes      (X) No.
     f.   Any other sources:                                   (  ) Yes      (X) No.

     If the answer to any of the above is "Yes," describe each source of money and state the
amount received and what you expect you will continue to receive.

_____

_____

4.   Other than your prison account do you have any cash, or a checking or savings account?

                                                           (  ) Yes       (X) No.

     If "Yes," state the total amount      $_____.

*Application to Proceed In Forma Pauperis*                                    Page Three

5.   Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles, or any other property or assets?

( ) Yes        (X) No.

If "Yes," please describe: _____

_____

_____

_____

6.   List the persons who are dependent on you for support, your relationship to each person and how much you contribute to their support:

_____

_____

_____

_____

7.   <u>Authorization and Declaration</u>

I, _Jasper Frazier_____, authorize the agency having custody over me to
   *(Print or Type Name and Number of Prisoner)*

assess, withdraw from my prison account, and forward to the Clerk of the District Court for the District of New Jersey (a) an initial partial filing fee equal to 30% of the greater of the average monthly deposits to my prison account or the average monthly balance in my prison account for the six-month period immediately preceding the filing of the complaint, and (b) payments equal to 20% of the preceding month's income credited to my prison account each month the amount in the account exceeds $10.00 until the $350.00 filing fee is paid.  28 <u>U.S.C.</u> § 1915(b)(1) and (2).

I declare under penalty of perjury that the information contained in this application is true and correct.

_12/21/22_
DATE

/s/ Jasper Frazier
SIGNATURE OF APPLICANT

# CERTIFICATION OF ACCOUNT STATEMENT

Pursuant to N.J.S.A. 30:4-16.3, attached is a copy of the prisoner's fund account statement for inmate Jasper Frazier / SBI# 709515B , for the six months preceding the filing of this action.

I certify that the attached trust fund account statement is true and correct.

Dated: October 25, 2022

Authorized Officer of Institution

## TRUST ACCOUNT STATEMENT

### STATEMENT DATE: 04/01/2022 - 10/25/2022

| | | | | |
|---|---|---|---|---|
| SBI #: | 000799545B | Name: FRAZIER, JASPER | DOB: | 07/17/1971 |
| LOCATION: | NSP-SOUTH-E3W-317B | | INM#: | 1291159 |
| PED: | | As of Date: | Max Rel: | |

| LOCATION | SUB ACCOUNT | BEGINNING BALANCE | ENDING BALANCE | HOLD |
|---|---|---|---|---|
| EJSP | 2101 SPENDABLE | 102.87 | 133.02 | |
| EJSP | 2102 WORK RELEASE SAVINGS | 0.00 | 0.00 | |
| EJSP | 2103 RELEASE SAVINGS | 0.00 | 0.00 | |
| GYCF | 2101 SPENDABLE | 0.00 | 0.00 | |
| GYCF | 2102 WORK RELEASE SAVINGS | 0.00 | 0.00 | |
| GYCF | 2103 RELEASE SAVINGS | 0.00 | 0.00 | |
| NSP | 2101 SPENDABLE | 0.00 | 233.46 | |
| NSP | 2102 WORK RELEASE SAVINGS | 0.00 | 0.00 | |
| NSP | 2103 RELEASE SAVINGS | 0.00 | 0.00 | |
| SWSP | 2101 SPENDABLE | 0.00 | 0.00 | |
| SWSP | 2102 WORK RELEASE SAVINGS | 0.00 | 0.00 | |
| SWSP | 2103 RELEASE SAVINGS | 0.00 | 0.00 | |

### DEBTS AND LOANS SUMMARY

| TYPE | PAYABLE | DATE CREATED/INSTITUTION | | ORIGINAL AMOUNT | AMOUNT PAID | AMOUNT OWING | STATUS |
|---|---|---|---|---|---|---|---|
| COPL | LEGAL COPY LOAN | 02/01/2022 | @ NSP | 216.97 | 216.97 | 0.00 | ACTIVE |
| COPL | LEGAL COPY LOAN | 06/02/2022 | @ EJSP | 16.23 | 16.23 | 0.00 | ACTIVE |
| LGLML | LEGAL MAIL LOAN | 02/02/2022 | @ NSP | 101.18 | 101.18 | 0.00 | ACTIVE |
| LGLML | LEGAL MAIL LOAN | 09/23/2021 | @ SWSP | 0.58 | 0.58 | 0.00 | ACTIVE |
| LGLML | LEGAL MAIL LOAN | 05/18/2022 | @ EJSP | 3.67 | 3.67 | 0.00 | ACTIVE |

### OBLIGATIONS SUMMARY

| TYPE | PAYABLE | INFO / INDICTMENT # | | ORIGINAL AMOUNT | AMOUNT PAID | AMOUNT OWING | STATUS |
|---|---|---|---|---|---|---|---|
| TCF | TRANSACTION COLLECTION FEE | 03162022 | @EJSP | | 0.00 | UNLIMITED | ACTIVE |
| TCF | TRANSACTION COLLECTION FEE | 06072021 | @GYCF | | 0.00 | UNLIMITED | ACTIVE |
| TCF | TRANSACTION COLLECTION FEE | 07212021 | @NSP | | 0.00 | UNLIMITED | ACTIVE |
| TCF | TRANSACTION COLLECTION FEE | 06242021 | @SWSP | | 0.00 | UNLIMITED | ACTIVE |

### TRANSACTION DESCRIPTIONS    2103 RELEASE SAVINGS SUB ACCOUNT

| DATE | LOCATION | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|---|
| | | | BEGINNING BALANCE: | | 0.00 |
| 06/23/2022 | EJSP | TOR | TRANSFER OUT REGULAR TO NSP | 0.00 | 0.00 |
| 06/28/2022 | NSP | TIR | TRANSFER IN REGULAR FROM EJSP | 0.00 | 0.00 |
| 09/12/2022 | NSP | TOR | TRANSFER OUT REGULAR TO EJSP | 0.00 | 0.00 |
| 09/15/2022 | NSP | TOR | TRANSFER OUT REGULAR TO EJSP | 0.00 | 0.00 |
| 09/21/2022 | EJSP | TIR | TRANSFER IN REGULAR FROM NSP | 0.00 | 0.00 |

# DEPARTMENT OF CORRECTIONS
## NORTHERN STATE PRISON

### TRUST ACCOUNT STATEMENT

### STATEMENT DATE:   04/01/2022   -   10/25/2022

| | | |
|---|---|---|
| **SBI #:** 000799545B | **Name:** FRAZIER, JASPER | **DOB:** 07/17/1971 |
| **LOCATION:** NSP-SOUTH-E3W-317B | | **INM#** 1291159 |

**TRANSACTION DESCRIPTIONS**   **2103 RELEASE SAVINGS SUB ACCOUNT**

| DATE | LOCATION | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|---|
| 09/21/2022 | EJSP | TIR | TRANSFER IN REGULAR FROM NSP | 0.00 | 0.00 |
| 10/07/2022 | EJSP | TOR | TRANSFER OUT REGULAR TO NSP | 0.00 | 0.00 |
| 10/07/2022 | NSP | TIR | TRANSFER IN REGULAR FROM EJSP | 0.00 | 0.00 |
| 10/20/2022 | EJSP | TOR | TRANSFER OUT REGULAR TO NSP | 0.00 | 0.00 |
| 10/24/2022 | NSP | TIR | TRANSFER IN REGULAR FROM EJSP | 0.00 | 0.00 |

**TRANSACTION DESCRIPTIONS**   **2101 SPENDABLE SUB ACCOUNT**

| DATE | LOCATION | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|---|
| | | | BEGINNING BALANCE: | | 102.87 |
| 04/01/2022 | NSP | LGLML | LEGAL MAIL LOAN | 0.73 | 103.60 |
| 04/01/2022 | NSP | POS | POSTAGE-03-12-2022 | (0.73) | 102.87 |
| 04/04/2022 | EJSP | JPAY | AUTOPAYMENT: JPAY SETOFF_CODE:141903889 | 50.00 | 152.87 |
| 04/04/2022 | EJSP | DED | $15 DEDUCTION-DISCRETIONARY SPENDING RESERVE PER 10A. | (15.00) | 137.87 |
| 04/04/2022 | EJSP | ADD | $15 DEDUCTION-DISCRETIONARY SPENDING RETURN PER 10A. | 15.00 | 152.87 |
| 04/04/2022 | EJSP | DED | DEDUCTION-LGLML-02022022 D | (0.73) | 152.14 |
| 04/04/2022 | EJSP | CRS | COMMISSARY SALE - ORD #10464374 | (86.99) | 65.15 |
| 04/04/2022 | EJSP | LC | LEGAL COPIES 3-30-22 | (6.70) | 58.45 |
| 04/05/2022 | NSP | CL | CLOSE ACCOUNT - CASH | 0.00 | 58.45 |
| 04/06/2022 | EJSP | POS | POSTAGE | (3.56) | 54.89 |
| 04/06/2022 | EJSP | POS | POSTAGE | (1.76) | 53.13 |
| 04/06/2022 | EJSP | POS | POSTAGE | (2.56) | 50.57 |
| 04/11/2022 | EJSP | RX | AUTOPAYMENT: RX 04-APR-22 | (1.00) | 49.57 |
| 04/14/2022 | EJSP | POS | POSTAGE 3-21-22 | (0.73) | 48.84 |
| 04/14/2022 | EJSP | POS | POSTAGE 3-21-22 | (0.73) | 48.11 |
| 04/14/2022 | EJSP | POS | POSTAGE 3-21-22 | (0.73) | 47.38 |
| 04/14/2022 | EJSP | POS | POSTAGE 3-21-22 | (0.53) | 46.85 |
| 04/14/2022 | EJSP | POS | POSTAGE 3-21-22 | (0.53) | 46.32 |
| 04/14/2022 | EJSP | POS | POSTAGE 3-21-22 | (0.53) | 45.79 |
| 04/14/2022 | EJSP | POS | POSTAGE 3-21-22 | (0.53) | 45.26 |
| 04/14/2022 | EJSP | FPAY | 2DN /JAN UN /FPAY /RG:16 @1.30   03/16/2022-03/31/2022 3BS /JAN UN /FPAY /RG:10 @1.30   03/24/2022-03/31/2022 | 7.80 | 53.06 |
| 04/14/2022 | EJSP | LC | LEGAL COPIES 3-16-22 | (0.73) | 52.33 |
| 04/14/2022 | EJSP | LC | LEGAL COPIES 3-16-22 | (0.73) | 51.60 |
| 04/14/2022 | EJSP | LC | LEGAL COPIES 3-16-22 | (0.73) | 50.87 |
| 04/14/2022 | EJSP | LC | LEGAL COPIES 3-16-22 | (0.53) | 50.34 |

DEPARTMENT OF CORRECTIONS

COIPRAS

NORTHERN STATE PRISON

TRUST ACCOUNT STATEMENT

## STATEMENT DATE:  04/01/2022   -  10/25/2022

| | | |
|---|---|---|
| **SBI #:** 000799545B | **Name:** FRAZIER, JASPER | **DOB:** 07/17/1971 |
| **LOCATION:** NSP-SOUTH-E3W-317B | | **INM#** 1291159 |

### TRANSACTION DESCRIPTIONS          2101 SPENDABLE SUB ACCOUNT

| DATE | LOCATION | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|---|
| 04/14/2022 | EJSP | LC | LEGAL COPIES 3-16-22 | (0.15) | 50.19 |
| 04/14/2022 | EJSP | FPAY | PAYROLL 3BS 2 MARCH 2022 $1.30 6 DAYS | 7.80 | 57.99 |
| 04/14/2022 | EJSP | JPUR | AUTOPAYMENT: JPUR 129988575 | (1.00) | 56.99 |
| 04/16/2022 | EJSP | JPAY | AUTOPAYMENT: JPAY SETOFF_CODE:142331374 | 100.00 | 156.99 |
| 04/21/2022 | EJSP | CRS | COMMISSARY SALE - ORD #10477960 | (52.40) | 104.59 |
| 04/21/2022 | EJSP | POS | POSTAGE 4-19-22 | (6.95) | 97.64 |
| 04/21/2022 | EJSP | POS | POSTAGE 4-18-22 | (9.56) | 88.08 |
| 04/21/2022 | EJSP | POS | POSTAGE 4-18-22 | (0.53) | 87.55 |
| 04/21/2022 | EJSP | POS | POSTAGE 4-13-22 | (1.56) | 85.99 |
| 04/21/2022 | EJSP | POS | POSTAGE 4-8-22 | (0.20) | 85.79 |
| 04/21/2022 | EJSP | POS | POSTAGE 4-8-22 | (7.02) | 78.77 |
| 04/21/2022 | EJSP | POS | POSTAGE 4-8-22 | (7.02) | 71.75 |
| 04/21/2022 | EJSP | POS | POSTAGE 4-5-22 | (0.53) | 71.22 |
| 04/21/2022 | EJSP | POS | POSTAGE 4-5-22 | (0.53) | 70.69 |
| 04/21/2022 | EJSP | POS | POSTAGE 4-5-22 | (0.53) | 70.16 |
| 04/23/2022 | EJSP | JPAY | AUTOPAYMENT: JPAY SETOFF_CODE:142552936 | 100.00 | 170.16 |
| 04/25/2022 | EJSP | RX | AUTOPAYMENT: RX 21-APR-22 | (1.00) | 169.16 |
| 04/28/2022 | EJSP | LC | LEGAL COPIES | (5.60) | 163.56 |
| 04/28/2022 | EJSP | LC | LEGAL COPIES | (7.60) | 155.96 |
| 04/29/2022 | EJSP | POS | POSTAGE 4-27-22 | (8.36) | 147.60 |
| 04/29/2022 | EJSP | POS | POSTAGE 4-27-22 | (2.96) | 144.64 |
| 04/29/2022 | EJSP | POS | POSTAGE 4-27-22 | (1.96) | 142.68 |
| 04/29/2022 | EJSP | POS | POSTAGE 4-25-22 | (9.36) | 133.32 |
| 04/29/2022 | EJSP | POS | POSTAGE 4-25-22 | (2.96) | 130.36 |
| 04/29/2022 | EJSP | POS | POSTAGE 4-29-22 | (3.56) | 126.80 |
| 05/02/2022 | EJSP | CRS | COMMISSARY SALE - ORD #10482695 | (64.11) | 62.69 |
| 05/04/2022 | EJSP | LC | LEGAL COPIES 4-27-22 | (1.80) | 60.89 |
| 05/04/2022 | EJSP | LC | LEGAL COPIES 4-27-22 | (1.70) | 59.19 |
| 05/04/2022 | EJSP | LC | LEGAL COPIES 4-25-22 | (8.80) | 50.39 |
| 05/04/2022 | EJSP | LC | LEGAL COPIES 4-22-22 | (14.20) | 36.19 |
| 05/05/2022 | EJSP | LC | LEGAL COPIES 4-6-22 | (1.50) | 34.69 |
| 05/05/2022 | EJSP | LC | LEGAL COPIES 4-7-22 | (1.10) | 33.59 |
| 05/05/2022 | EJSP | LC | LEGAL COPIES 4-8-22 | (7.20) | 26.39 |
| 05/05/2022 | EJSP | LC | LEGAL COPIES 4-11-22 | (3.00) | 23.39 |
| 05/09/2022 | EJSP | COP | COPIES - 6 MONTHS | (0.30) | 23.09 |
| 05/09/2022 | EJSP | COP | COPIES - 6 MONTHS | (0.30) | 22.79 |
| 05/13/2022 | EJSP | FPAY | 3BS /JAN UN /FPAY /RG:1 20 @1.30   04/01/2022-04/29/2022 2DN /JAN UN /FPAY /RG:1 0 @1.30   04/01/2022-04/01/2022 | 26.00 | 48.79 |

DEPARTMENT OF CORRECTIONS

NORTHERN STATE PRISON

TRUST ACCOUNT STATEMENT

STATEMENT DATE:   04/01/2022   -  10/25/2022

**SBI #:**  000799545B      **Name:** FRAZIER, JASPER      **DOB:** 07/17/1971
**LOCATION:** NSP-SOUTH-E3W-317B      **INM#** 1291159

**TRANSACTION DESCRIPTIONS**      **2101 SPENDABLE SUB ACCOUNT**

| DATE | LOCATION | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|---|
| 05/13/2022 | EJSP | DED | $15 DEDUCTION-DISCRETIONARY SPENDING RESERVE PER 10A. | (15.00) | 33.79 |
| 05/13/2022 | EJSP | ADD | $15 DEDUCTION-DISCRETIONARY SPENDING RETURN PER 10A. | 15.00 | 48.79 |
| 05/16/2022 | EJSP | POS | POSTAGE 5-3-22 | (2.16) | 46.63 |
| 05/16/2022 | EJSP | POS | POSTAGE 4-18-22 | (3.16) | 43.47 |
| 05/16/2022 | EJSP | POS | POSTAGE 5-1-22 | (1.36) | 42.11 |
| 05/16/2022 | EJSP | POS | POSTAGE 5-1-22 | (0.53) | 41.58 |
| 05/16/2022 | EJSP | POS | POSTAGE 4-28-22 | (7.33) | 34.25 |
| 05/17/2022 | EJSP | POS | POSTAGE 5-9-22 | (17.35) | 16.90 |
| 05/17/2022 | EJSP | POS | POSTAGE 5-9-22 | (16.70) | 0.20 |
| 05/17/2022 | EJSP | CRS | COMMISSARY SALE - ORD #10493651 | 0.00 | 0.20 |
| 05/18/2022 | EJSP | LGLML | LEGAL MAIL LOAN | 1.38 | 1.58 |
| 05/18/2022 | EJSP | POS | POSTAGE 5-17-22 | (1.58) | 0.00 |
| 05/21/2022 | EJSP | JPAY | AUTOPAYMENT: JPAY SETOFF_CODE:143545393 | 100.00 | 100.00 |
| 05/21/2022 | EJSP | DED | DEDUCTION-LGLML-05182022 D | (1.38) | 98.62 |
| 05/23/2022 | EJSP | POS | POSTAGE 5-23-22 | (0.53) | 98.09 |
| 05/24/2022 | EJSP | POS | POSTAGE 5-23-22 | (3.16) | 94.93 |
| 05/24/2022 | EJSP | POS | POSTAGE 5-23-22 | 0.00 | 94.93 |
| 05/24/2022 | EJSP | POS | POSTAGE 5-23-22 | (0.53) | 94.40 |
| 05/24/2022 | EJSP | POS | POSTAGE 5-23-22 | (0.53) | 93.87 |
| 05/24/2022 | EJSP | POS | POSTAGE 5-23-22 | (0.53) | 93.34 |
| 05/24/2022 | EJSP | POS | POSTAGE 5-23-22 | (0.53) | 92.81 |
| 05/24/2022 | EJSP | POS | POSTAGE 5-23-22 | (0.53) | 92.28 |
| 05/24/2022 | EJSP | POS | POSTAGE 5-23-22 | (1.96) | 90.32 |
| 05/24/2022 | EJSP | POS | POSTAGE 5-19-22 | (9.85) | 80.47 |
| 05/24/2022 | EJSP | POS | POSTAGE 5-16-22 | (0.60) | 79.87 |
| 05/31/2022 | NSP | AD | CASH ON ARRIVAL | 0.00 | 79.87 |
| 06/02/2022 | EJSP | LC | LEGAL COPIES 5-19-22 | (8.90) | 70.97 |
| 06/02/2022 | EJSP | LC | LEGAL COPIES 5-16-22 | (1.30) | 69.67 |
| 06/02/2022 | EJSP | LC | LEGAL COPIES 5-9-22 | (66.00) | 3.67 |
| 06/02/2022 | EJSP | COPL | LEGAL COPIES LOAN | 6.33 | 10.00 |
| 06/02/2022 | EJSP | LC | LEGAL COPIES 5-9-22 | (10.00) | 0.00 |
| 06/02/2022 | EJSP | COPL | LEGAL COPIES LOAN | 4.80 | 4.80 |
| 06/02/2022 | EJSP | LC | LEGAL COPIES 5-6-22 | (4.80) | 0.00 |
| 06/02/2022 | EJSP | COPL | LEGAL COPIES LOAN | 5.10 | 5.10 |
| 06/02/2022 | EJSP | LC | LEGAL COPIES 5-3-22 | (5.10) | 0.00 |
| 06/02/2022 | EJSP | LGLML | LEGAL MAIL LOAN | 0.53 | 0.53 |
| 06/02/2022 | EJSP | POS | POSTAGE 5-26-22 | (0.53) | 0.00 |

DEPARTMENT OF CORRECTIONS

NORTHERN STATE PRISON

TRUST ACCOUNT STATEMENT

STATEMENT DATE:   04/01/2022   -  10/25/2022

**SBI #:** 000799545B          **Name:** FRAZIER, JASPER          **DOB:** 07/17/1971
**LOCATION:** NSP-SOUTH-E3W-317B                                   **INM#** 1291159

**TRANSACTION DESCRIPTIONS**          **2101 SPENDABLE SUB ACCOUNT**

| DATE | LOCATION | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|------|----------|------|-------------------------|-----------------|---------|
| 06/02/2022 | EJSP | | LGLML LEGAL MAIL LOAN | 1.76 | 1.76 |
| 06/02/2022 | EJSP | POS | POSTAGE 5-25-22 | (1.76) | 0.00 |
| 06/03/2022 | NSP | JPAY | AUTOPAYMENT: JPAY  SETOFF_CODE:143953679 | 100.00 | 100.00 |
| 06/03/2022 | NSP | DED | $15 DEDUCTION-DISCRETIONARY SPENDING RESERVE PER 10A. | (15.00) | 85.00 |
| 06/03/2022 | NSP | ADD | $15 DEDUCTION-DISCRETIONARY SPENDING RETURN PER 10A. | 15.00 | 100.00 |
| 06/03/2022 | NSP | DED | DEDUCTION-COPL-06022022 D | (16.23) | 83.77 |
| 06/03/2022 | NSP | DED | DEDUCTION-LGLML-05182022 D | (2.29) | 81.48 |
| 06/09/2022 | NSP | POS | POSTAGE | (0.53) | 80.95 |
| 06/09/2022 | NSP | POS | POSTAGE | (0.53) | 80.42 |
| 06/13/2022 | NSP | POS | POSTAGE | (7.33) | 73.09 |
| 06/13/2022 | NSP | POS | POSTAGE | (7.33) | 65.76 |
| 06/15/2022 | EJSP | FPAY | 3BS /JAN UN /FPAY /RG:1 21 @1.30   05/02/2022-05/31/2022 | 27.30 | 93.06 |
| 06/15/2022 | EJSP | DED | $15 DEDUCTION-DISCRETIONARY SPENDING RESERVE PER 10A. | (15.00) | 78.06 |
| 06/15/2022 | EJSP | ADD | $15 DEDUCTION-DISCRETIONARY SPENDING RETURN PER 10A. | 15.00 | 93.06 |
| 06/15/2022 | NSP | POS | POSTAGE | (8.16) | 84.90 |
| 06/15/2022 | NSP | POS | POSTAGE | (2.16) | 82.74 |
| 06/15/2022 | NSP | POS | POSTAGE | (9.25) | 73.49 |
| 06/15/2022 | NSP | POS | POSTAGE | (1.36) | 72.13 |
| 06/23/2022 | EJSP | TOR | TRANSFER OUT REGULAR TO NSP | (27.30) | 44.83 |
| 06/25/2022 | NSP | JPAY | AUTOPAYMENT: JPAY  SETOFF_CODE:144750328 | 100.00 | 144.83 |
| 06/25/2022 | NSP | JPAY | AUTOPAYMENT: JPAY  SETOFF_CODE:144753172 | 100.00 | 244.83 |
| 06/28/2022 | NSP | TIR | TRANSFER IN REGULAR FROM EJSP | 27.30 | 272.13 |
| 07/01/2022 | NSP | COP | COPIES | (13.60) | 258.53 |
| 07/01/2022 | NSP | COP | COPIES | (6.30) | 252.23 |
| 07/05/2022 | NSP | POS | POSTAGE | (0.93) | 251.30 |
| 07/05/2022 | NSP | POS | POSTAGE | (1.76) | 249.54 |
| 07/05/2022 | NSP | POS | POSTAGE | (0.53) | 249.01 |
| 07/05/2022 | NSP | POS | POSTAGE | (0.73) | 248.28 |
| 07/05/2022 | NSP | POS | POSTAGE | (0.53) | 247.75 |
| 07/05/2022 | NSP | POS | POSTAGE | (9.25) | 238.50 |
| 07/05/2022 | NSP | POS | POSTAGE | (11.75) | 226.75 |
| 07/05/2022 | NSP | POS | POSTAGE | (9.25) | 217.50 |
| 07/05/2022 | NSP | POS | POSTAGE | (0.93) | 216.57 |
| 07/05/2022 | NSP | POS | POSTAGE | (6.33) | 210.24 |
| 07/06/2022 | NSP | COP | 155265D | (3.00) | 207.24 |
| 07/06/2022 | NSP | POS | POSTAGE | (2.16) | 205.08 |
| 07/06/2022 | NSP | POS | POSTAGE | (1.56) | 203.52 |

DEPARTMENT OF CORRECTIONS

NORTHERN STATE PRISON

TRUST ACCOUNT STATEMENT

STATEMENT DATE:  04/01/2022  - 10/25/2022

| | | |
|---|---|---|
| SBI #: | 000799545B | Name: FRAZIER, JASPER |
| LOCATION: | NSP-SOUTH-E3W-317B | |

DOB: 07/17/1971
INM# 1291159

**TRANSACTION DESCRIPTIONS**  2101 SPENDABLE SUB ACCOUNT

| DATE | LOCATION | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|---|
| 07/06/2022 | NSP | POS | POSTAGE | (1.56) | 201.96 |
| 07/06/2022 | NSP | POS | POSTAGE | (1.56) | 200.40 |
| 07/06/2022 | NSP | POS | POSTAGE | (1.76) | 198.64 |
| 07/06/2022 | NSP | POS | POSTAGE | (1.56) | 197.08 |
| 07/06/2022 | NSP | POS | POSTAGE | (1.56) | 195.52 |
| 07/06/2022 | NSP | POS | POSTAGE | (1.76) | 193.76 |
| 07/08/2022 | NSP | POS | POSTAGE | (1.36) | 192.40 |
| 07/08/2022 | NSP | POS | POSTAGE | (1.56) | 190.84 |
| 07/08/2022 | NSP | POS | POSTAGE | (1.56) | 189.28 |
| 07/08/2022 | NSP | POS | POSTAGE | (1.96) | 187.32 |
| 07/08/2022 | NSP | POS | POSTAGE | (1.96) | 185.36 |
| 07/11/2022 | NSP | RX | AUTOPAYMENT: RX 05-JUL-22 | (1.00) | 184.36 |
| 07/12/2022 | NSP | COP | COPIES | (27.40) | 156.96 |
| 07/12/2022 | NSP | COP | COPIES | (24.50) | 132.46 |
| 07/12/2022 | NSP | COP | COPIES | (53.00) | 79.46 |
| 07/12/2022 | NSP | CRS | COMMISSARY SALE - ORD #10520982 | (65.88) | 13.58 |
| 07/17/2022 | NSP | JPUR | AUTOPAYMENT: JPUR 136785329 | (1.00) | 12.58 |
| 07/18/2022 | NSP | CEC | COMMISSARY RETURN - ORD #10520982 | 23.50 | 36.08 |
| 07/22/2022 | NSP | JPAY | AUTOPAYMENT: JPAY SETOFF_CODE:145668467 | 100.00 | 136.08 |
| 07/22/2022 | NSP | DED | $15 DEDUCTION-DISCRETIONARY SPENDING RESERVE PER 10A. | (15.00) | 121.08 |
| 07/22/2022 | NSP | ADD | $15 DEDUCTION-DISCRETIONARY SPENDING RETURN PER 10A. | 15.00 | 136.08 |
| 08/01/2022 | NSP | POS | POSTAGE | (9.90) | 126.18 |
| 08/01/2022 | NSP | POS | POSTAGE | (9.90) | 116.28 |
| 08/01/2022 | NSP | POS | POSTAGE | (9.25) | 107.03 |
| 08/01/2022 | NSP | POS | POSTAGE | (9.25) | 97.78 |
| 08/01/2022 | NSP | POS | POSTAGE | (2.64) | 95.14 |
| 08/01/2022 | NSP | POS | POSTAGE | (1.05) | 94.09 |
| 08/01/2022 | NSP | POS | POSTAGE | (9.41) | 84.68 |
| 08/01/2022 | NSP | POS | POSTAGE | (0.57) | 84.11 |
| 08/01/2022 | NSP | POS | POSTAGE | (0.81) | 83.30 |
| 08/01/2022 | NSP | POS | POSTAGE | (1.05) | 82.25 |
| 08/01/2022 | NSP | POS | POSTAGE | (2.64) | 79.61 |
| 08/01/2022 | NSP | POS | POSTAGE | (0.81) | 78.80 |
| 08/01/2022 | NSP | POS | POSTAGE | (0.81) | 77.99 |
| 08/01/2022 | NSP | POS | POSTAGE | (1.05) | 76.94 |
| 08/01/2022 | NSP | POS | POSTAGE | (9.90) | 67.04 |
| 08/01/2022 | NSP | POS | POSTAGE | (2.40) | 64.64 |

# DEPARTMENT OF CORRECTIONS
## NORTHERN STATE PRISON

### TRUST ACCOUNT STATEMENT

**STATEMENT DATE:  04/01/2022   - 10/25/2022**

| | | | |
|---|---|---|---|
| **SBI#:** | 000799545B | **DOB:** | 07/17/1971 |
| **LOCATION:** | NSP-SOUTH-E3W-317B | **INM#** | 1291159 |

**Name:**  FRAZIER, JASPER

**TRANSACTION DESCRIPTIONS          2101 SPENDABLE SUB ACCOUNT**

| DATE | LOCATION | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|---|
| 08/01/2022 | NSP | POS | POSTAGE | (0.57) | 64.07 |
| 08/01/2022 | NSP | POS | POSTAGE | (0.57) | 63.50 |
| 08/01/2022 | NSP | POS | POSTAGE | (0.57) | 62.93 |
| 08/01/2022 | NSP | POS | POSTAGE | (1.92) | 61.01 |
| 08/01/2022 | NSP | POS | POSTAGE | (0.57) | 60.44 |
| 08/01/2022 | NSP | POS | POSTAGE | (0.57) | 59.87 |
| 08/02/2022 | NSP | COP | COPIES | (18.60) | 41.27 |
| 08/02/2022 | NSP | COP | COPIES | (23.40) | 17.87 |
| 08/02/2022 | NSP | COP | COPIES | (0.70) | 17.17 |
| 08/05/2022 | NSP | CRS | COMMISSARY SALE - ORD #10537067 | (16.65) | 0.52 |
| 08/05/2022 | NSP | CRS | COMMISSARY SALE - ORD #10537296 | (0.40) | 0.12 |
| 08/05/2022 | NSP | CEC | COMMISSARY RETURN - ORD #10537296 | 0.40 | 0.52 |
| 08/08/2022 | NSP | LGLML | LEGAL MAIL LOAN | 8.18 | 8.70 |
| 08/08/2022 | NSP | POS | POSTAGE | (8.70) | 0.00 |
| 08/08/2022 | NSP | LGLML | LEGAL MAIL LOAN | 2.16 | 2.16 |
| 08/08/2022 | NSP | POS | POSTAGE | (2.16) | 0.00 |
| 08/11/2022 | NSP | COPL | LEGAL COPIES LOAN | 11.30 | 11.30 |
| 08/11/2022 | NSP | COP | COPIES | (11.30) | 0.00 |
| 08/11/2022 | NSP | COPL | LEGAL COPIES LOAN | 2.80 | 2.80 |
| 08/11/2022 | NSP | COP | COPIES | (2.80) | 0.00 |
| 08/12/2022 | NSP | LGLML | LEGAL MAIL LOAN | 1.20 | 1.20 |
| 08/12/2022 | NSP | POS | POSTAGE | (1.20) | 0.00 |
| 08/15/2022 | NSP | COPL | LEGAL COPIES LOAN | 84.60 | 84.60 |
| 08/15/2022 | NSP | COP | COPIES | (84.60) | 0.00 |
| 08/15/2022 | NSP | COPL | LEGAL COPIES LOAN | 5.40 | 5.40 |
| 08/15/2022 | NSP | COP | COPIES | (5.40) | 0.00 |
| 08/15/2022 | NSP | COPL | LEGAL COPIES LOAN | 0.80 | 0.80 |
| 08/15/2022 | NSP | COP | COPIES | (0.80) | 0.00 |
| 08/20/2022 | NSP | JPAY | AUTOPAYMENT: JPAY SETOFF_CODE:146716845 | 100.00 | 100.00 |
| 08/20/2022 | NSP | DED | $15 DEDUCTION-DISCRETIONARY SPENDING RESERVE PER 10A. | (15.00) | 85.00 |
| 08/20/2022 | NSP | ADD | $15 DEDUCTION-DISCRETIONARY SPENDING RETURN PER 10A. | 15.00 | 100.00 |
| 08/20/2022 | NSP | DED | DEDUCTION-COPL-02012022 D | (85.00) | 15.00 |
| 08/21/2022 | NSP | JPAY | AUTOPAYMENT: JPAY SETOFF_CODE:146743328 | 75.00 | 90.00 |
| 08/21/2022 | NSP | DED | DEDUCTION-COPL-02012022 D | (19.90) | 70.10 |
| 08/21/2022 | NSP | DED | DEDUCTION-LGLML-02022022 D | (11.54) | 58.56 |
| 08/22/2022 | NSP | RX | AUTOPAYMENT: RX 19-AUG-22 | (1.00) | 57.56 |
| 09/01/2022 | NSP | JPAY | AUTOPAYMENT: JPAY SETOFF_CODE:147112104 | 100.00 | 157.56 |

DEPARTMENT OF CORRECTIONS

NORTHERN STATE PRISON

TRUST ACCOUNT STATEMENT

STATEMENT DATE: 04/01/2022 - 10/25/2022

| SBI #: | 000799545B | Name: | FRAZIER, JASPER | DOB: | 07/17/1971 |
|---|---|---|---|---|---|
| LOCATION: | NSP-SOUTH-E3W-317B | | | INM# | 1291159 |

**TRANSACTION DESCRIPTIONS**      **2101 SPENDABLE SUB ACCOUNT**

| DATE | LOCATION | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|---|
| 09/01/2022 | NSP | DED | $15 DEDUCTION-DISCRETIONARY SPENDING RESERVE PER 10A. | (15.00) | 142.56 |
| 09/01/2022 | NSP | ADD | $15 DEDUCTION-DISCRETIONARY SPENDING RETURN PER 10A. | 15.00 | 157.56 |
| 09/01/2022 | NSP | POS | POSTAGE | (7.82) | 149.74 |
| 09/01/2022 | NSP | POS | POSTAGE | (0.57) | 149.17 |
| 09/01/2022 | NSP | POS | POSTAGE | (1.92) | 147.25 |
| 09/01/2022 | NSP | POS | POSTAGE | (9.25) | 138.00 |
| 09/01/2022 | NSP | POS | POSTAGE | (1.68) | 136.32 |
| 09/01/2022 | NSP | POS | POSTAGE | (2.64) | 133.68 |
| 09/01/2022 | NSP | POS | POSTAGE | (9.25) | 124.43 |
| 09/01/2022 | NSP | POS | POSTAGE | (9.90) | 114.53 |
| 09/01/2022 | NSP | POS | POSTAGE | (9.90) | 104.63 |
| 09/01/2022 | NSP | POS | POSTAGE | (1.68) | 102.95 |
| 09/01/2022 | NSP | CRS | COMMISSARY SALE - ORD #10554496CAN1 | (33.42) | 69.53 |
| 09/07/2022 | NSP | JPUR | AUTOPAYMENT: JPUR 139718867 | (30.00) | 39.53 |
| 09/09/2022 | EJSP | AD | CASH ON ARRIVAL | 0.00 | 39.53 |
| 09/09/2022 | NSP | COP | COPIES | (7.60) | 31.93 |
| 09/12/2022 | EJSP | JPAY | AUTOPAYMENT: JPAY SETOFF_CODE:147505445 | 50.00 | 81.93 |
| 09/12/2022 | EJSP | DED | $15 DEDUCTION-DISCRETIONARY SPENDING RESERVE PER 10A. | (15.00) | 66.93 |
| 09/12/2022 | EJSP | ADD | $15 DEDUCTION-DISCRETIONARY SPENDING RETURN PER 10A. | 15.00 | 81.93 |
| 09/12/2022 | NSP | TOR | TRANSFER OUT REGULAR TO EJSP | (31.93) | 50.00 |
| 09/12/2022 | NSP | LGLML | LEGAL MAIL LOAN | 2.64 | 52.64 |
| 09/12/2022 | NSP | POS | POSTAGE | (2.64) | 50.00 |
| 09/12/2022 | NSP | LGLML | LEGAL MAIL LOAN | 2.64 | 52.64 |
| 09/12/2022 | NSP | POS | POSTAGE | (2.64) | 50.00 |
| 09/13/2022 | NSP | CL | CLOSE ACCOUNT - CASH | 0.00 | 50.00 |
| 09/13/2022 | EJSP | JPUR | AUTOPAYMENT: JPUR 140044046 | (8.00) | 42.00 |
| 09/14/2022 | NSP | OP | RE-OPEN CLOSED ACCOUNT | 0.00 | 42.00 |
| 09/14/2022 | NSP | CEC | COMMISSARY RETURN - ORD #10554496 | 2.18 | 44.18 |
| 09/14/2022 | NSP | COP | COPIES | (1.00) | 43.18 |
| 09/14/2022 | EJSP | JPUR | AUTOPAYMENT: JPUR 140135882 | (20.00) | 23.18 |
| 09/15/2022 | NSP | TOR | TRANSFER OUT REGULAR TO EJSP | (1.18) | 22.00 |
| 09/16/2022 | NSP | CL | CLOSE ACCOUNT - CASH | 0.00 | 22.00 |
| 09/19/2022 | EJSP | CRS | COMMISSARY SALE - ORD #10563482 | (21.41) | 0.59 |
| 09/20/2022 | EJSP | POS | POSTAGE 9-20-22 | (0.57) | 0.02 |
| 09/21/2022 | EJSP | TIR | TRANSFER IN REGULAR FROM NSP | 31.93 | 31.95 |
| 09/21/2022 | EJSP | TIR | TRANSFER IN REGULAR FROM NSP | 1.18 | 33.13 |
| 09/22/2022 | EJSP | JPAY | AUTOPAYMENT: JPAY SETOFF_CODE:147844670 | 50.00 | 83.13 |

DEPARTMENT OF CORRECTIONS

COIPRAS

NORTHERN STATE PRISON

TRUST ACCOUNT STATEMENT

## STATEMENT DATE: 04/01/2022 - 10/25/2022

| | | | | | | |
|---|---|---|---|---|---|---|
| **SBI #:** | 000799545B | **Name:** | FRAZIER, JASPER | **DOB:** | 07/17/1971 | |
| **LOCATION:** | NSP-SOUTH-E3W-317B | | | **INM#** | 1291159 | |

**TRANSACTION DESCRIPTIONS**     **2101 SPENDABLE SUB ACCOUNT**

| DATE | LOCATION | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|---|
| 09/22/2022 | EJSP | DED | DEDUCTION-LGLML-02022022 D | (5.28) | 77.85 |
| 09/22/2022 | EJSP | JPUR | AUTOPAYMENT: JPUR 140546722 | (17.00) | 60.85 |
| 09/23/2022 | EJSP | POS | POSTAGE 9-21-22 | (0.57) | 60.28 |
| 09/26/2022 | EJSP | RX | AUTOPAYMENT: RX 23-SEP-22 | (1.00) | 59.28 |
| 09/27/2022 | EJSP | POS | POSTAGE 9-25-22 | (0.57) | 58.71 |
| 09/27/2022 | EJSP | POS | POSTAGE 9-23-22 | (1.68) | 57.03 |
| 09/27/2022 | EJSP | POS | POSTAGE 9-21-22 | (0.57) | 56.46 |
| 09/27/2022 | EJSP | POS | POSTAGE 9-23-22 | (0.57) | 55.89 |
| 09/27/2022 | EJSP | POS | POSTAGE 9-21-22 | (2.88) | 53.01 |
| 09/27/2022 | EJSP | POS | POSTAGE 9-21-22 | (2.40) | 50.61 |
| 09/28/2022 | EJSP | POS | POSTAGE 9-21-22 | (3.36) | 47.25 |
| 09/28/2022 | EJSP | POS | POSTAGE 9-21-22 | (9.25) | 38.00 |
| 09/28/2022 | EJSP | POS | POSTAGE 9-21-22 | (0.57) | 37.43 |
| 09/28/2022 | EJSP | POS | POSTAGE 9-20-22 | (0.57) | 36.86 |
| 09/28/2022 | EJSP | POS | POSTAGE 9-20-22 | (0.57) | 36.29 |
| 09/28/2022 | EJSP | POS | POSTAGE 9-20-22 | (0.57) | 35.72 |
| 09/28/2022 | EJSP | POS | POSTAGE 9-22-22 | 0.00 | 35.72 |
| 09/30/2022 | EJSP | JPUR | AUTOPAYMENT: JPUR 140987396 | (11.00) | 24.72 |
| 10/01/2022 | EJSP | JPAY | AUTOPAYMENT: JPAY SETOFF_CODE:148163696 | 200.00 | 224.72 |
| 10/01/2022 | EJSP | DED | $15 DEDUCTION-DISCRETIONARY SPENDING RESERVE PER 10A. | (15.00) | 209.72 |
| 10/01/2022 | EJSP | ADD | $15 DEDUCTION-DISCRETIONARY SPENDING RETURN PER 10A. | 15.00 | 224.72 |
| 10/02/2022 | EJSP | JPUR | AUTOPAYMENT: JPUR 141053159 | (7.00) | 217.72 |
| 10/03/2022 | EJSP | RX | AUTOPAYMENT: RX 29-SEP-22 | (37.00) | 180.72 |
| 10/04/2022 | EJSP | CRS | COMMISSARY SALE - ORD #10571792 | (163.59) | 17.13 |
| 10/04/2022 | EJSP | LC | LEGAL COPIES 9-26-22 | (11.40) | 5.73 |
| 10/05/2022 | EJSP | JPUR | AUTOPAYMENT: JPUR 141237165 | (5.00) | 0.73 |
| 10/06/2022 | NSP | AD | CASH ON ARRIVAL | 0.00 | 0.73 |
| 10/07/2022 | EJSP | TOR | TRANSFER OUT REGULAR TO NSP | (0.73) | 0.00 |
| 10/07/2022 | NSP | TIR | TRANSFER IN REGULAR FROM EJSP | 0.73 | 0.73 |
| 10/13/2022 | NSP | LGLML | LEGAL MAIL LOAN | 0.08 | 0.81 |
| 10/13/2022 | NSP | POS | POSTAGE | (0.81) | 0.00 |
| 10/13/2022 | NSP | LGLML | LEGAL MAIL LOAN | 1.92 | 1.92 |
| 10/13/2022 | NSP | POS | POSTAGE | (1.92) | 0.00 |
| 10/13/2022 | NSP | LGLML | LEGAL MAIL LOAN | 2.16 | 2.16 |
| 10/13/2022 | NSP | POS | POSTAGE | (2.16) | 0.00 |
| 10/13/2022 | NSP | LGLML | LEGAL MAIL LOAN | 2.64 | 2.64 |
| 10/13/2022 | NSP | POS | POSTAGE | (2.64) | 0.00 |

DEPARTMENT OF CORRECTIONS

NORTHERN STATE PRISON

TRUST ACCOUNT STATEMENT

STATEMENT DATE:  04/01/2022  - 10/25/2022

| SBI #: | 000799545B | Name: | FRAZIER, JASPER | DOB: | 07/17/1971 |
|---|---|---|---|---|---|
| LOCATION: | NSP-SOUTH-E3W-317B | | | INM# | 1291159 |

### TRANSACTION DESCRIPTIONS        2101 SPENDABLE SUB ACCOUNT

| DATE | LOCATION | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|---|
| 10/14/2022 | EJSP | FPAY | 2DN /JAN UN /FPAY /RG:1 8 @1.30    09/09/2022-09/23/2022 3BS /JAN UN /FPAY /RG:1 9 @1.30    09/20/2022-09/30/2022 | 22.10 | 22.10 |
| 10/14/2022 | EJSP | DED | FPAY-DEDUCTION-LGLML-02022022 | (6.80) | 15.30 |
| 10/15/2022 | NSP | JPAY | AUTOPAYMENT: JPAY SETOFF_CODE:148718295 | 50.00 | 65.30 |
| 10/15/2022 | NSP | DED | $15 DEDUCTION-DISCRETIONARY SPENDING RESERVE PER 10A. | (15.00) | 50.30 |
| 10/15/2022 | NSP | ADD | $15 DEDUCTION-DISCRETIONARY SPENDING RETURN PER 10A. | 15.00 | 65.30 |
| 10/18/2022 | NSP | JPUR | AUTOPAYMENT: JPUR 141930992 | (7.00) | 58.30 |
| 10/19/2022 | NSP | JPAY | AUTOPAYMENT: JPAY SETOFF_CODE:148838673 | 250.00 | 308.30 |
| 10/19/2022 | EJSP | POS | POSTAGE 9-28-22 | (1.68) | 306.62 |
| 10/19/2022 | EJSP | POS | POSTAGE 9-28-22 | (1.44) | 305.18 |
| 10/19/2022 | EJSP | POS | POSTAGE 9-28-22 | (2.64) | 302.54 |
| 10/19/2022 | EJSP | POS | POSTAGE 9-28-22 | (2.40) | 300.14 |
| 10/19/2022 | EJSP | POS | POSTAGE 9-28-22 | (1.68) | 298.46 |
| 10/20/2022 | EJSP | TOR | TRANSFER OUT REGULAR TO NSP | (5.46) | 293.00 |
| 10/20/2022 | EJSP | CEC | COMMISSARY RETURN - ORD #10571792 | 163.59 | 456.59 |
| 10/20/2022 | NSP | JPUR | AUTOPAYMENT: JPUR 142051314 | (65.00) | 391.59 |
| 10/21/2022 | EJSP | POS | POSTAGE 10-5-22 | (14.70) | 376.89 |
| 10/21/2022 | EJSP | POS | POSTAGE 10-5-22 | (12.75) | 364.14 |
| 10/21/2022 | EJSP | POS | POSTAGE 10-3-22 | (1.68) | 362.46 |
| 10/21/2022 | EJSP | POS | POSTAGE 10-3-22 | (1.44) | 361.02 |
| 10/24/2022 | NSP | TIR | TRANSFER IN REGULAR FROM EJSP | 5.46 | 366.48 |

### TRANSACTION DESCRIPTIONS        2102 WORK RELEASE SAVINGS SUB ACCOUNT

| DATE | LOCATION | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|---|
| | | | BEGINNING BALANCE: | | 0.00 |
| 06/23/2022 | EJSP | TOR | TRANSFER OUT REGULAR TO NSP | 0.00 | 0.00 |
| 06/28/2022 | NSP | TIR | TRANSFER IN REGULAR FROM EJSP | 0.00 | 0.00 |
| 09/12/2022 | NSP | TOR | TRANSFER OUT REGULAR TO EJSP | 0.00 | 0.00 |
| 09/15/2022 | NSP | TOR | TRANSFER OUT REGULAR TO EJSP | 0.00 | 0.00 |
| 09/21/2022 | EJSP | TIR | TRANSFER IN REGULAR FROM NSP | 0.00 | 0.00 |
| 09/21/2022 | EJSP | TIR | TRANSFER IN REGULAR FROM NSP | 0.00 | 0.00 |
| 10/07/2022 | EJSP | TOR | TRANSFER OUT REGULAR TO NSP | 0.00 | 0.00 |
| 10/07/2022 | NSP | TIR | TRANSFER IN REGULAR FROM EJSP | 0.00 | 0.00 |
| 10/20/2022 | EJSP | TOR | TRANSFER OUT REGULAR TO NSP | 0.00 | 0.00 |
| 10/24/2022 | NSP | TIR | TRANSFER IN REGULAR FROM EJSP | 0.00 | 0.00 |

# DEPARTMENT OF CORRECTIONS
## NORTHERN STATE PRISON

### TRUST ACCOUNT STATEMENT

**STATEMENT DATE:   04/01/2022   -   10/25/2022**

| | | | | | |
|---|---|---|---|---|---|
| **SBI #:** | 000799545B | **Name:** | FRAZIER, JASPER | **DOB:** | 07/17/1971 |
| **LOCATION:** | NSP-SOUTH-E3W-317B | | | **INM#** | 1291159 |

# DEPARTMENT OF CORRECTIONS

## EAST JERSEY STATE PRISON

### TRUST ACCOUNT STATEMENT

## STATEMENT DATE: 11/15/2022 - 12/15/2022

| | | |
|---|---|---|
| SBI #: 000799545B | Name: FRAZIER, JASPER | DOB: 07/17/1971 |
| LOCATION: EJSP-3 WING-3 TIER-BED 312 B | | INM# 1291159 |
| PED: | As of Date: | Max Rel: |

| LOCATION | SUB ACCOUNT | BEGINNING BALANCE | ENDING BALANCE | HOLD |
|---|---|---|---|---|
| EJSP | 2101 SPENDABLE | 147.13 | 32.74 | |
| EJSP | 2102 WORK RELEASE SAVINGS | 0.00 | 0.00 | |
| EJSP | 2103 RELEASE SAVINGS | 0.00 | 0.00 | |

### DEBTS AND LOANS SUMMARY

| TYPE | PAYABLE | DATE CREATED/INSTITUTION | | ORIGINAL AMOUNT | AMOUNT PAID | AMOUNT OWING | STATUS |
|---|---|---|---|---|---|---|---|
| COPL | LEGAL COPY LOAN | 02/01/2022 | @NSP | 239.17 | 239.17 | 0.00 | ACTIVE |
| COPL | LEGAL COPY LOAN | 06/02/2022 | @EJSP | 16.23 | 16.23 | 0.00 | ACTIVE |
| LGLML | LEGAL MAIL LOAN | 02/02/2022 | @NSP | 101.18 | 101.18 | 0.00 | ACTIVE |
| LGLML | LEGAL MAIL LOAN | 09/23/2021 | @SWSP | 0.58 | 0.58 | 0.00 | ACTIVE |
| LGLML | LEGAL MAIL LOAN | 05/18/2022 | @EJSP | 3.67 | 3.67 | 0.00 | ACTIVE |

### OBLIGATIONS SUMMARY

| TYPE | PAYABLE | INFO / INDICTMENT # | | ORIGINAL AMOUNT | AMOUNT PAID | AMOUNT OWING | STATUS |
|---|---|---|---|---|---|---|---|
| TCF | TRANSACTION COLLECTION FEE | 06072021 | @GYCF | | 0.00 | UNLIMITED | ACTIVE |
| TCF | TRANSACTION COLLECTION FEE | 06242021 | @SWSP | | 0.00 | UNLIMITED | ACTIVE |
| TCF | TRANSACTION COLLECTION FEE | 03162022 | @EJSP | | 0.00 | UNLIMITED | ACTIVE |
| TCF | TRANSACTION COLLECTION FEE | 07212021 | @NSP | | 0.00 | UNLIMITED | ACTIVE |

### TRANSACTION DESCRIPTIONS — 2103 RELEASE SAVINGS SUB ACCOUNT

| DATE | LOCATION | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|---|
| | | | BEGINNING BALANCE: | | 0.00 |
| 11/17/2022 | EJSP | TIR | TRANSFER IN REGULAR FROM NSP | 0.00 | 0.00 |
| 11/17/2022 | EJSP | TIR | TRANSFER IN REGULAR FROM NSP | 0.00 | 0.00 |

### TRANSACTION DESCRIPTIONS — 2101 SPENDABLE SUB ACCOUNT

| DATE | LOCATION | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|---|
| | | | BEGINNING BALANCE: | | 147.13 |
| 11/15/2022 | EJSP | FPAY | 3BS /JAN UN /FPAY /RG:14 @1.30 10/03/2022-10/06/2022 | 5.20 | 152.33 |
| 11/15/2022 | EJSP | JPUR | AUTOPAYMENT: JPUR 143337034 | (7.50) | 144.83 |
| 11/17/2022 | EJSP | POS | POSTAGE 11-16-22 | (0.57) | 144.26 |
| 11/17/2022 | EJSP | POS | POSTAGE 11-13-22 | (0.81) | 143.45 |

COZ64E1

**EAST JERSEY STATE PRISON**

OTRTASTA

**TRUST ACCOUNT STATEMENT**

**STATEMENT DATE: 11/15/2022 - 12/15/2022**

| SBI #: | 000799545B | Name: | FRAZIER, JASPER | DOB: | 07/17/1971 |
|---|---|---|---|---|---|
| LOCATION: | EJSP-3 WING-3 TIER-BED 312 B | | | INM# | 1291159 |

**TRANSACTION DESCRIPTIONS          2101 SPENDABLE SUB ACCOUNT**

| DATE | LOCATION | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|---|
| | | | | | 143.45 |
| 11/17/2022 | EJSP | CRS | COMMISSARY SALE - ORD #10597640 | 0.00 | 141.77 |
| 11/17/2022 | EJSP | POS | POSTAGE 11-8-22 | (1.68) | 141.20 |
| 11/17/2022 | EJSP | POS | POSTAGE 11-8-22 | (0.57) | 140.63 |
| 11/17/2022 | EJSP | POS | POSTAGE 11-8-22 | (0.57) | 140.06 |
| 11/17/2022 | EJSP | POS | POSTAGE 11-8-22 | (0.57) | 139.49 |
| 11/17/2022 | EJSP | POS | POSTAGE 11-8-22 | (0.57) | 138.68 |
| 11/17/2022 | EJSP | POS | POSTAGE 11-8-22 | (0.81) | 136.04 |
| 11/17/2022 | EJSP | POS | POSTAGE 11-6-22 | (2.64) | 133.64 |
| 11/17/2022 | EJSP | POS | POSTAGE 11-6-22 | (2.40) | 132.20 |
| 11/17/2022 | EJSP | POS | POSTAGE 11-2-22 | (1.44) | 130.76 |
| 11/17/2022 | EJSP | POS | POSTAGE 11-2-22 | (1.44) | 129.32 |
| 11/17/2022 | EJSP | POS | POSTAGE 11-2-22 | (1.44) | 127.64 |
| 11/17/2022 | EJSP | POS | POSTAGE 11-2-22 | (1.68) | 127.07 |
| 11/17/2022 | EJSP | POS | POSTAGE 11-2-22 | (0.57) | 362.47 |
| 11/17/2022 | EJSP | TIR | TRANSFER IN REGULAR FROM NSP | 235.40 | 495.49 |
| 11/17/2022 | EJSP | TIR | TRANSFER IN REGULAR FROM NSP | 133.02 | 420.49 |
| 11/18/2022 | EJSP | JPUR | AUTOPAYMENT: JPUR 143478993 | (75.00) | 302.09 |
| 11/21/2022 | EJSP | CRS | COMMISSARY SALE - ORD #10598300 | (118.40) | 282.09 |
| 11/29/2022 | EJSP | JPUR | AUTOPAYMENT: JPUR 144055322 | (20.00) | 277.09 |
| 12/01/2022 | EJSP | LC | LEGAL COPIES 11-22-22 | (5.00) | 45.66 |
| 12/02/2022 | EJSP | CRS | COMMISSARY SALE - ORD #10606472 | (231.43) | 43.50 |
| 12/02/2022 | EJSP | POS | POSTAGE 11-25-22 | (2.16) | 39.42 |
| 12/02/2022 | EJSP | POS | POSTAGE 11-25-22 | (4.08) | 36.78 |
| 12/02/2022 | EJSP | POS | POSTAGE 11-22-22 | (2.64) | 35.10 |
| 12/02/2022 | EJSP | POS | POSTAGE 11-21-22 | (1.68) | 25.55 |
| 12/02/2022 | EJSP | POS | POSTAGE 11-18-22 | (9.55) | 24.11 |
| 12/02/2022 | EJSP | POS | POSTAGE 11-16-22 | (1.44) | 22.67 |
| 12/02/2022 | EJSP | POS | POSTAGE 11-16-22 | (1.44) | 21.23 |
| 12/02/2022 | EJSP | POS | POSTAGE 11-16-22 | (1.44) | 19.79 |
| 12/02/2022 | EJSP | POS | POSTAGE 11-16-22 | (1.44) | 7.04 |
| 12/02/2022 | EJSP | POS | POSTAGE 11-18-22 | (12.75) | 0.04 |
| 12/03/2022 | EJSP | JPUR | AUTOPAYMENT: JPUR 144248044 | (7.00) | 10.04 |
| 12/09/2022 | EJSP | VACC | AUTOPAYMENT: VACC SETOFF_CODE: | 10.00 | 34.74 |
| 12/15/2022 | EJSP | FPAY | 2DN /JAN UN /FPAY /RG:17 @1.30   11/02/2022-11/17/2022 3BS /JAN UN /FPAY /RG:1 12 @1.30   11/11/2022-11/30/2022 | 24.70 | 19.74 |
| 12/15/2022 | EJSP | DED | $15 DEDUCTION-DISCRETIONARY SPENDING RESERVE PER 10A. | (15.00) | 34.74 |
| 12/15/2022 | EJSP | ADD | $15 DEDUCTION-DISCRETIONARY SPENDING RETURN PER 10A. | 15.00 | 32.74 |
| 12/15/2022 | EJSP | JPUR | AUTOPAYMENT: JPUR 144836512 | (2.00) | |

**DEPARTMENT OF CORRECTIONS**

**EAST JERSEY STATE PRISON**

**TRUST ACCOUNT STATEMENT**

**STATEMENT DATE: 11/15/2022  - 12/15/2022**

| SBI #: | 000799545B | Name: | FRAZIER, JASPER | DOB: | 07/17/1971 |
|---|---|---|---|---|---|
| LOCATION: | EJSP-3 WING-3 TIER-BED 312 B | | | INM# | 1291159 |

**TRANSACTION DESCRIPTIONS     2102 WORK RELEASE SAVINGS SUB ACCOUNT**

| DATE | LOCATION | TYPE | TRANSACTION DESCRIPTION | | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|---|---|
| | | | | BEGINNING BALANCE: | | 0.00 |
| 11/17/2022 | EJSP | TIR | TRANSFER IN REGULAR FROM NSP | | 0.00 | 0.00 |
| 11/17/2022 | EJSP | TIR | TRANSFER IN REGULAR FROM NSP | | 0.00 | 0.00 |